**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

September 30, 2019

<u>**VIA ECF**</u>

The Honorable Ronnie Abrams
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

<u>**Re: Lawrence Young, On Behalf of Himself and All Other Persons Similarly Situated v. Best Western International, Inc.**</u>
Case No.: 19-cv-03074

Dear Judge Abrams,

      This firm represents Plaintiff Lawrence Young, On Behalf of Himself and All Other Persons Similarly Situated ("Plaintiffs"), in the above-referenced action. We write, with Defendant's consent, to inform you that the Parties have a settlement, in principle, and respectfully request that (i) all existing deadlines and court conferences be adjourned *sine die*; and (ii) the parties be permitted to submit a Rule 41(a)(1)(A)(ii) Stipulation of Dismissal with prejudice within 45 days of the agreement being fully executed and the settlement funds having cleared.

      We appreciate this Court's and Your Honor's time and attention to this matter. Thank you for your anticipated cooperation in this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

      Respectfully submitted,
      GOTTLIEB & ASSOCIATES

      *s/ Jeffrey M. Gottlieb*
      Jeffrey M. Gottlieb

cc: All counsel of record (via ECF and email)